**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **DATA ENGINE TECHNOLOGIES LLC** | § § § § | **Civil Action No.: 6:13-cv-00579-LED** |
| | § | **JURY TRIAL DEMANDED** |
| **Plaintiff,** | § § | |
| v. | § § | |
| **SAS INSTITUTE INC.** | § § § § | |
| **Defendant.** | § | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF SAS INSTITUTE INC. PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

In consideration of Plaintiff's filing of a Notice of Voluntary Dismissal Without Prejudice before an answer or motion for summary judgment has been filed by Defendant SAS Institute Inc., the Court hereby dismisses all claims against Defendant SAS Institute Inc. without prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).